```
                          United States Bankruptcy Court
                           Western District of Oklahoma
In re:                                                              Case No. 14-13456-NLJ
Sonny Joe Patterson, Sr.                                            Chapter 13
          Debtor              CERTIFICATE OF NOTICE
District/off: 1087-5          User: jdic                 Page 1 of 2                  Date Rcvd: Sep 25, 2014
                              Form ID: ntcconfh          Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2014.
db             Sonny Joe Patterson, Sr.,    2800 Creekview,    Norman, OK   73071
5578045       +America's Pawn,    153 12th Ave SE,    Norman OK 73071-4958
5578046       +Andrea Patterson,    6913 Greenway Drive,    Oklahoma City OK 73132-6226
5578048      #+Ars /Account Resolution Services,    1801 Nw 66th Ave Ste 200,    Plantation FL 33313-4571
5578050       +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                Simi Valley CA 93062-5170
5578051       +Capital  One Na,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City UT 84130-0285
5578052       +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City UT 84130-0285
5578054       +Citifinance/LVNN Funding LLC,    PO Box 499,    Hanover MD 21076-0499
5578055       +Citifinancial,    605 Munn Road,    Fort Mill SC 29715-8421
5578057       +Gemini Capital Group,    Love Beal Nixon,    PO Box 32738,    Oklahoma City OK 73123-0938
5578061       +HSBC/MS,    PO Box 9068,    Brandon FL 33509-9068
5578060       +Hsbc Bank,    Po Box 9,    Buffalo NY 14240-0009
5578059       +Hsbc Bank,    Po Box 5253,    Carol Stream IL 60197-5253
5578063      #+Kozeny & McCubbin LC,    609 S Kelly Avenue, Suite H-3,    Edmond OK 73003-7502
5578064       +Love, Beal & Nixon, P.C.,    PO Box 32738,    Oklahoma City OK 73123-0938
5578065       +Loyal Loans,    1236 Alameda Ste 100,    Norman OK 73071-3007
5578066       +Main Street Acquisition Corp / HSBC Bank,    Love Beal Nixon PC,    PO Box 32738,
                Oklahoma City OK 73123-0938
5578068       +National Enterprise Systems,    29125 Solon Road,    Solon OH 44139-3442
5578070      ++OKLAHOMA TAX COMMISSION,    120 N ROBINSON,    STE 2000W,    OKLAHOMA CITY OK 73102-7801
              (address filed with court: Oklahoma Tax Commission,     Bankruptcy Section,    General Counsel,
                Box 53248,    Oklahoma City OK 73152-3248)
5578071       +OU Physicians,    PO Box 269026,    Oklahoma City OK 73126-9026
5578072       +Penncro Associates Inc,    PO Box 538,    Oaks PA 19456-0538
5578073       +Plain Green Loans,    C/O Meta Source,    1900 Frost Rd. Suite 100,    Bristol PA 19007-1519
5578076       +Spotloan,    PO Box 927,    Palatine,    Palatine IL 60078-0927
5578077       +Sun Loan Company,    1812 W Main St,    Norman OK 73069-6454
5578078       +Tk Financial Inc,    930 San Pablo Ave, S-B,    Pinole CA 94564-2476
5578079       +Tower Loans,    329 S Porter,    Norman OK 73071-5433
5578080        Washington Mutual Provident,    PO Box 9180,    Pleasanton CA 94566
5578081       +Wf Fin Bank,    Attention: Bankruptcy,    Po Box 10438,    Des Moines IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5578049        E-mail/Text: bankruptcy@arvest.com Sep 25 2014 22:07:26     Arvest Bank,
                Arvest Mortgage Company,    Po Box 399,    Lowell AR 72745
5580193        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 25 2014 22:12:50
                American InfoSource LP as agent for,    Spot Loan,    PO Box 248838,
                Oklahoma City, OK  73124-8838
5578047       +E-mail/Text: egilliam@mstpf.com Sep 25 2014 22:07:35     Approved Cash Advance,
                2203 W Main St #6,    Norman OK 73069-6467
5580895       +E-mail/Text: bankruptcy@arvest.com Sep 25 2014 22:07:26     Arvest Bank,    4600 SE 29th Street,
                Suite 420,    Del City OK 73115-3430
5578053        E-mail/Text: bankruptcy@cashcall.com Sep 25 2014 22:07:39     Cashcall Inc,
                Attn:Bankruptcy Department,    1600 S Douglass Rd,    Anaheim CA 92806
5578056       +E-mail/Text: bankruptcy.noticing@security-finance.com Sep 25 2014 22:07:03
                Continental/aka Security Finance Corp,    Sfc Centralized Bankruptcy/Continental L,
                Po Box 1893,    Spartansburg SC 29304-1893
5578058       +E-mail/Text: bankruptcy@hccredit.com Sep 25 2014 22:07:57     Hccredit/cit,
                Hc Processing Center,    Po Box 1309,    Lowell AR 72745-1309
5578062        E-mail/Text: cio.bncmail@irs.gov Sep 25 2014 22:07:11     Internal Revenue Service - OKC,
                Mailstop 5024 OKC,    55 N Robinson,    Oklahoma City OK 73102-9229
5578069        E-mail/Text: bankruptcydepartment@ncogroup.com Sep 25 2014 22:07:26     Nco Fin/33,
                Po Box 13584,    Philadelphia PA 19101
5578067       +E-mail/Text: bkr@cardworks.com Sep 25 2014 22:07:00     Merrick Bk,    Attn: Bankruptcy,
                P.O. Box 9201,    Old Bethpage NY 11804-9001
5582965       +E-mail/PDF: bk@worldacceptance.com Sep 25 2014 22:15:38     Midwestern Loans, Inc.,
                2205 W. Main Street,    Suite 3,    Norman, OK 73069-6479
5578074       +E-mail/Text: rjuarez@pfccollects.com Sep 25 2014 22:07:39     Prof Fin Co,    918 10th St,
                Greeley CO 80631-1118
5578075       +E-mail/PDF: pa_dc_claims@navient.com Sep 25 2014 22:14:22     Sallie Mae,    Po Box 9655,
                Wilkes Barre PA 18773-9655
5578082       +E-mail/PDF: bk@worldacceptance.com Sep 25 2014 22:15:38     World Finance Corp,
                World Acceptance Corp/Attn Bankruptcy,    Po Box 6429,    Greenville SC 29606-6429
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 1087-5           User: jdic                 Page 2 of 2                   Date Rcvd: Sep 25, 2014
                               Form ID: ntcconfh          Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2014 at the address(es) listed below:
              John T. Hardeman    13trustee@chp13okc.com,   trustee@chp13okc.com
              Jonathon B Burford    on behalf of Creditor    BANK OF AMERICA N.A. wdok@km-law.com
              Tearsa Storms Olson    on behalf of Debtor Sonny Joe Patterson, Sr. tearsastorms@gmail.com,
               tstorms.stu@my.okcu.edu
              U.S. Trustee    Ustpregion20.oc.ecf@usdoj.gov
                                                                                           TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
Western District of Oklahoma
**Case No.: 14–13456**
**Chapter: 13**

**FILED**
Sep. 25, 2014
Grant E. Price , Clerk
U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address)*
  Sonny Joe Patterson Sr.
  2800 Creekview
  Norman, OK 73071

Social Security No.:
  xxx–xx–7850

Employer's Tax I.D. No.:

### NOTICE OF CHAPTER 13 PLAN CONFIRMATION HEARING

Chapter 13 Plan

FILED: 8/18/14

   Documents have been filed with the Court seeking to Confirm the Chapter 13 Plan. A confirmation hearing will be held pursuant to 11 U.S.C 1324 on **11/12/14 at 9:30 AM  at 2nd Floor Courtroom, 215 Dean A. McGee Avenue, Oklahoma City, OK.**

   **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult one.)

   A proposed chapter 13 plan has been filed in the above captioned case and a copy has been mailed to you. The Court will consider confirmation of this plan during this scheduled hearing

   If you do not want the Court to confirm the Plan, or if you want the Court to consider your views on the plan, then you must file a written response to confirmation of the plan explaining your position. The response must be filed with the Court Clerk and served no later than twenty (20) days after the conclusion of the Section 341 meeting of creditors, or a later date as set by the Court on the following:

   Failure to properly file and serve a written objection or to raise the properly filed and served written objections during the confirmation hearing may result striking your response and in confirmation of the proposed plan without further notice to you.

Dated:  9/25/14

*Grant E. Price , Court Clerk*
*by: JDIC Deputy Clerk*
*U.S. Bankruptcy Court*
*Western District of Oklahoma*
*215 Dean A. McGee Avenue*
*Oklahoma City, OK 73102*